1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

```
FILED

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEIZURE OF:          CASE NUMBER:
                                             2:17-SW-0966-EFB
12  ALL FUNDS MAINTAINED AT UNIWYO           2:17-SW-0967-EFB
    FEDERAL CREDIT UNION ACCOUNT             2:17-SW-0968-EFB
13  NUMBER 61324, HELD IN THE NAME OF        2:17-SW-0969-EFB
    CAMEO HOLDINGS, INC.,                    2:17-SW-0970-EFB
14
    2015 MERCEDES-BENZ, ML350, VIN:
15  4JGDA5HB9FA479275,                       ORDER RE: REQUEST TO UNSEAL
                                             DOCUMENTS
16  ALL FUNDS MAINTAINED AT HIGH DESERT
    BANK ACCOUNT NUMBER 4042002826,
17  HELD IN THE NAME OF PACIFIC RIDGE
    MANAGEMENT GROUP, INC.,
18
    2016 FORD, F150 SUPER CAB PICKUP, VIN:
19  1FTFX1EGXGKG04896, AND

20  2017 FORD, F250 SUPER DUTY PICKUP, VIN:
    1FT7X2BT6HEB22700,
21
                  Defendants.
22

23        Upon application of the United States of America and good cause having been shown, IT IS

24  HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

25  proceedings be and are hereby unsealed.

26  Date:   September 8, 2022

27                                          _____
                                            ALLISON CLAIRE
28                                          UNITED STATES MAGISTRATE JUDGE

                                            1

                                                         Order Re: Request to Unseal
                                                         Documents